JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO CISNEROS-RUIZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-04984 ADS

JUDGMENT

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted in part. Petitioner Alejandro Cisneros-Ruiz (A# 200-154-288) must be provided with an individualized bond hearing before an immigration judge within 7 days of the date of this Order.

DATED: 09/16/2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge